SEALED

**FILED**

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 2:10-CR-282-PMP (GWF) |
| SHIRJIL QURESHI, | ) | |
| Defendant. | ) | |

### ORDER OF FORFEITURE

On July 14, 2011, defendant SHIRJIL QURESHI pled guilty to Count One of a Four-Count Criminal Indictment charging him in Count One with Conspiracy to Commit Bank Fraud, Mail Fraud, and Wire Fraud, in violation of Title 18, United States Code, Section 1349, and agreed to the forfeiture of property set forth in the Forfeiture Allegations in the Criminal Indictment and the Plea Agreement. Docket #1, #__.

This Court finds that SHIRJIL QURESHI shall pay a criminal forfeiture money judgment of $12,875.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

. . .

. . .

. . .

. . .

1  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United
2 States recover from SHIRJIL QURESHI a criminal forfeiture money judgment in the amount of
3 $12,875.00 in United States Currency.
4  DATED this 14th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE