

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )   2:10-CR-282-PMP-(GWF)<br>) |
| SHIRJIL QURESHI, | )<br>) |
| Defendant. | ) |

**ORDER OF FORFEITURE**

This Court found on July 14, 2011, that SHIRJIL QURESHI shall pay the criminal forfeiture money judgment of $12,875.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); and Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c). Criminal Indictment, ECF No. 1; Plea Memorandum, ECF No. 51; Order of Forfeiture, ECF No. 52; Amended Change of Plea, ECF No. 53.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from SHIRJIL QURESHI the criminal forfeiture money judgment in the amount of $12,875.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18,

. . .

. . .

. . .

. . .

. . .

1  United States Code, Section 982(a)(2)(A); Title 18, United States Code Section 981(a)(1)(C) and Title
2  28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).
3        DATED this 16th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE