Prob12B
D/NV Form
Rev. July 2013

# United States District Court

## for

## the District of Nevada

**REQUEST FOR MODIFICATION
TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
May 23, 2014

**Name of Offender:**   SHIRJIL QURESHI

Case Number:   2:10-cr-282-PMP-GWF

Name of Sentencing Judicial Officer:  Honorable Philip M. Pro

Date of Original Sentence:  January 16, 2014

Original Offense:  Conspiracy to Commit Wire Fraud, Mail Fraud, Bank Fraud

Original Sentence:  1 day with credit for time served followed by 5 years of supervised release

Date Supervision Commenced:  January 17, 2014

## PETITIONING THE COURT

__ To extend the term of supervision _____ Months, for a total term of _____ Months.

✓ To modify the conditions of supervision as follows:

1. **Restitution Payment**- Restitution shall be paid in monthly installments of not less than $100 per month, subject to an upward adjustment of 10% of his gross income based upon his ability to pay as approved and directed by the probation officer.

## CAUSE

Pursuant to Qureshi's Judgement and Commitment he is ordered to pay $113,000 in restitution at a monthly rate of 10% of his gross monthly income. Based on our financial investigation, Qureshi lacks the financial resources to pay 10% of his gross monthly income towards this obligation at this time. It has been determined that Qureshi can reasonably pay $100 a month at this time. There is no indication that Qureshi is living above his stated financial means or spending monies on unnecessary luxury items. Therefore, we request the Court modify his conditions setting the minimum payment at no less than $100 per month, subject to an upward adjustment of 10% of his gross income. This modification will enhance our efforts in maximizing collection while providing flexibility in adjusting his payment based on his ability to pay.

Prob12B
D/NV Form
Rev. July 2013

**RE: SHIRJIL QURESHI**

subject to an upward adjustment of 10% of his gross income. This modification will enhance our efforts in maximizing collection while providing flexibility in adjusting his payment based on his ability to pay.

Qureshi does not oppose this modification and waived his right to both an attorney and a hearing. The form is attached for the Court's review.

Respectfully submitted,

JOE NILO
United States Probation Officer

APPROVED:

TODD J. FREDLUND, Supervising
United States Probation Officer

**THE COURT ORDERS:**

_____ No action

_____ The extension of supervision as noted above

 XX  \_ The modification of conditions as noted above

_____ Other

Signature of Judicial Officer

June 4, 2014
Date